UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CRIM   376**

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

     - v. -                                :        <u>INDICTMENT</u>

                                            :        07 C

DWAYNE BOWENS,                              :

         Defendant.                     :

- - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 2 2007
```

<u>COUNT ONE</u>

The Grand Jury charges:

1.    From in or about May 2000, through in or about July 2005, in the Southern District of New York and elsewhere, DWAYNE BOWENS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to his own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, BOWENS received approximately $34,697.88 in federal housing subsidies, to which he was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### DWAYNE BOWENS,

Defendant.

## INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Grace Fumanchia – Paris*

Foreperson.

Post 11/1/07

5/2/07 Filed Indictment. Alw
issued. Case Assigned to
Judge Marrero.

*d. Mag. J. Cott*