```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>— against —<br><br>DWAYNE BOWENS,<br><br>                        Defendant. | 07 Cr. 376 (VM)<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

    The conference on this matter has been rescheduled from September 28, 2007 to October 5, 2007 at 4:00 p.m.  The Government (see attached letter) requests the exclusion of time from the Speedy Trial Act until this date.

    All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act October 5, 2007.

    It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations.  This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice.  The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial.  This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       28 September 2007

                                        Victor Marrero
                                        U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-07
```



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2007

**BY FACSIMILE – (212) 805-6382**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 660
New York, New York 10007

    Re:    United States v. Dwayne Bowens,
            07 Cr. 376

Dear Judge Marrero:

    The Government writes to confirm the rescheduling of tomorrow's status conference to Friday, October 5, 2007 at 4:00 p.m.

    The Government respectfully requests that time be excluded under the Speedy Trial Act from today through the date of the rescheduled status conference, so that the defendant can continue to review discovery and evaluate whether to accept an early disposition of the case. Defense counsel consents to this request.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

        By:    Lee Renzin
                Assistant United States Attorney
                Telephone:    (212) 637-2723

cc:    Xavier Donaldson, Esq.
        Donaldson, Chilliest & McDaniel
        103 E. 125th St, Room 1102
        New York, NY 10035-1641