```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

UNITED STATES OF AMERICA

— against —

DWAYNE BOWENS,

Defendant.

07 Cr. 376 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Defendant, through his counsel (see attached letters), requests that the conference scheduled for January 25, 2008 be adjourned. The Government joins in this request for adjournment. The next conference in this matter shall be held on February 1, 2008 at 10:00 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until February 1, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       25 January 2008

Victor Marrero
U.S.D.J.