Xavier R. Donaldson
Anthony S. Chilliest
Erika McDaniel Edwards*
*Member NY, NJ & GA Bars

**DONALDSON, CHILLIEST & McDANIEL, LLP**
Attorneys at Law
1825 Park Avenue, Suite 1102
New York, New York 10035
Telephone (212) 722-4900
Facsimile (212) 722-4966

Ozro Thaddeus Wells
Thomas B. Donaldson
Paula Brown Donaldson
Of Counsel

622 Bloomfield Avenue, lower level
Bloomfield, New Jersey 07003
(973) 743-1700

May 13, 2008

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 660
New York, New York 10007

        Re:    *United States v. Dwayne Bowens*,
                07 Cr. 376 (VM)

Dear Judge Marrero:

      As this Court is aware, Mr. Bowens is scheduled for sentencing on May 16, 2008 at 11:00 a.m. I am currently on trial in Bronx County Supreme Court, part T11, in the matter of *People v. Andre Hamilton*, Indictment 4259/2006. The People's case is expected to last two (2) weeks. As such, I am requesting an adjournment of Mr. Bowen's sentence until June 4, 2008. I called the Government and left a similar message with Assistant U.S. Attorney Lee Renzin. Thank you for your consideration.

                                          Sincerely,

                                          Xavier R. Donaldson

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-08

---

Request GRANTED. The sentencing of defendant Dwayne Bowens herein is rescheduled to 5-30-08 at 1:30 P.M.

SO ORDERED.

5-13-08
DATE                       VICTOR MARRERO, U.S.D.J.